UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6564

PERRY L. CRAWFORD,

Plaintiff - Appellant,

versus

JAMES M. TURPIN; SUSAN MCNEELY; MARY STEINS,

Defendants - Appellees,

and

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; THE
UTILIZATION REVIEW BOARD,

Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-01-40-1)

Submitted: May 13, 2004                    Decided:  May 20, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Perry L. Crawford, Appellant Pro Se.  Dana Hefter Davis, Raleigh,
North Carolina; Roy Asberry Cooper III, Marry S. Mercer, Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Perry L. Crawford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Crawford v. Turpin, No. CA-01-40-1 (W.D.N.C. Mar. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED